U.S. Bankruptcy Court
Eastern District of Michigan

In re:  
TAISHA M LATIMER  
    Debtor

Bankruptcy Case No. 21-49751-tjt

Bankruptcy Chapter 7

Adversary Proceeding No. 22-04001-tjt

STUART A. GOLD  
    Plaintiff  
v.  
VICTOR E. MCCREE  
LISA L MCCREE ET. AL.  
    Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to submit a motion or answer to complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days from the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days of issuance.

| Address of Clerk |
|---|
| Clerk, U.S. Bankruptcy Court<br>Eastern District of Michigan<br>211 West Fort Street<br>Detroit, Michigan 48226 |

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Elias T. Majoros<br>24901 Northwestern Hwy.<br>Suite 444<br>Southfield, MI 48075 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

IF THE DEFENDANT IS A CORPORATION, OTHER THAN THE DEBTOR OR A GOVERNMENT UNIT, NOTICE IS HEREBY GIVEN THAT PURSUANT TO FED.R.BANK.P.7007.1, THE DEFENDANT/CORPORATION IS REQUIRED TO FILE TWO COPIES OF A CORPORATE OWNERSHIP STATEMENT ON A FORM AVAILABLE FROM THE CLERK. [See www.mieb.uscourts.gov]

**Date Issued:** January 18, 2022



**/S/**

**Todd M. Stickle, Clerk of Court**  
**United States Bankruptcy Court**

continued caption

Listing Of Defendar

VICTOR E. MCCREE
17149 NORTHLAWN ST.
DETROIT, MI 48221

LISA L MCCREE

LESA L MCCREE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Taisha M. Latimer,

Debtor.

Stuart A. Gold, Trustee

Plaintiff,

Victor E. McCree and Lisa L. McCree,
a/k/a Lesa L. McCree,

Defendants.

Case No. 21-49751-TJT

Chapter No. 7

Hon. Thomas J. Tucker

Adversary Case No. 22-04001

## CERTIFICATION OF SERVICE OF
## SUMMONS AND COMPLAINT IN AN ADVERSARY PROCEEDING

I, Patricia K. Owiesny, of Gold, Lange, Majoros & Smalarz, P.C., 24901 Northwestern Hwy., Suite 444, Southfield, MI 48075 certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on January 18, 2022, I served a copy of the January 18, 2022 Summons In An Adversary Proceeding, together with a copy of the Complaint on Victor E. McCree and Lisa L. McCree, the named defendants in this case by First Class Mail as follows:

| | |
|---|---|
| Victor E. McCree<br>17149 Northlawn St.<br>Detroit, MI 48221 | Lisa L. McCree<br>17149 Northlawn St.<br>Detroit, MI 48221 |

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  January 18, 2022         /s/ Patricia K. Owiesny
            [Date]                    Patricia K. Owiesny

24901 Northwestern Highway, Suite 444, Southfield, MI 48075
***State Post Office Address

H:\SAG TRUSTEE CASES\Latimer, Taisha\Gold v. McCree, Victor & Lisa\COS of Summons and Complaint.pko.docx